# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 19-1605V

| | |
|---|---|
| STEPHEN MCGEORGE,<br><br>　　　　　　　　Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>　　　　　　　　Respondent. | Chief Special Master Corcoran<br><br>Filed: February 12, 2021 |

## SCHEDULING ORDER – SPECIAL PROCESSING UNIT

  On January 29, 2021, Respondent filed a status report stating that he is willing to entertain a demand in this case. The parties should therefore begin their settlement discussions.[1]

  **The parties are reminded that they should not retain a medical expert, life care planner, or other expert without consulting with each other and the Chief Special Master.**[2] If counsel retains an expert without so consulting in advance, reimbursement of those costs may be affected.

  **Petitioner shall file a status report, by no later than <u>Tuesday, March 02, 2021</u>, updating me on the parties' settlement discussions.** The status report shall indicate the date by which Petitioner provided, or intends to provide, a settlement demand to Respondent. Additionally, Petitioner shall confirm whether any Medicaid lien exists, and if so, indicate the date by which Petitioner anticipates providing Respondent a letter from the appropriate state agency verifying the amount of the lien.

---

[1] In some cases, Respondent may suggest an alternative approach. The parties should confer immediately regarding the need for a formal demand, and if a demand is requested, what information Respondent wishes to see presented in the demand.

[2] If the parties feel that a life care plan is necessary, they are encouraged to consider the possibility of engaging a joint life care planner. Selecting a joint life care planner can often cut months from the time period between an entitlement determination and the award of damages. With a joint life care planner, the damages process moves more quickly and with less contention. When a joint life care planner is not used, the life care planners should work together to coordinate interviews and site visits in order to avoid delay and duplication of effort.

Any questions about this order or about this case generally may be directed to OSM staff attorney **Jocelyn McIntosh at (202) 357-6344 or Jocelyn_McIntosh@cfc.uscourts.gov.**

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master